— LAW OFFICES —
# MARK J. CONWAY
## A PROFESSIONAL CORPORATION

502 S. BLAKELY STREET
DUNMORE, PA 18512
TELEPHONE: (570) 343-5350
FAX: (570) 343-5377
WWW.MJCONWAYLAW.COM

303 EAST SHORE DR.
LAKE ARIEL, PA 18436
(570) 343-5350

April 27, 2009

Terrence S. Miller
Clerk of the Bankruptcy Court
Middle District
197 South Main Avenue
Wilkes-Barre, PA 18701

**RE: Paula Davis**
**Case# 5-05-55885**

Dear Terrence:

Enclosed please find check number 122 in the amount of $4,439.89 representing the dividends issued to creditors, check uncased unable to locate creditor along with the name, claim number, original check number and addresses of the creditors. Please deposit this check into your account

| Check # | Creditor | Amount | Claim # |
|---------|----------|--------|---------|
| 120 | FIA Card Services, NA | $4,439.89 | 7 |

DE5-023-03-03, 1000 Samoset Drive, Newark, DE 19713

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Angela M. Saar
Paralegal

Enclosure



FILED
WILKES-BARRE, PA.
2009 APR 29 AM 11:52
CLERK U.S. BANKRUPTCY COURT